**SEALED BY ORDER OF THE COURT**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes Section

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 27 2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00317 DAE |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [18 U.S.C. §§ 922(g)(1)] |
| CHRISTOPHER KANEAKALAU, SR. | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 19, 2005, in the District of Hawaii, the defendant, CHRISTOPHER KANEAKALAU, SR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm,

to wit, a Marlin model 25, .22 caliber bolt action rifle, serial number 04449938.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

DATED: July 27, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
for RONALD G. JOHNSON
Chief, Major Crimes Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. CHRISTOPHER KANEAKALAU, SR.
Cr. No. _____
"Indictment"