# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00317DAE

CASE NAME:        USA vs. CHRISTOPHER KANEAKALAU, SR.

ATTYS FOR PLA:    Wes Reber Porter for Loretta A. Sheehan

ATTYS FOR DEFT:   Loretta A. Faymonville

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:    FTR-Courtroom 7

DATE:     3/6/2006                     TIME:        10:44-10:47

COURT ACTION:  EP: Status Conference Re: Competency of Defendant - Defendant not present, presence waived.

Report not completed yet.

Further Status Conference Re: Competency of Defendant set for 4/3/06 at 10:30 a.m. before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager