# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR NO. 05-00317DAE

CASE NAME:    USA vs. CHRISTOPHER KANAEAKALAU, SR.

ATTYS FOR PLA:    Loretta A. Sheehan

ATTYS FOR DEFT:    Loretta A. Faymonville

INTERPRETER:

JUDGE:    Leslie E. Kobayashi    REPORTER:    FTR-Courtroom 7

DATE:    4/3/2006    TIME:    10:36-10:41

COURT ACTION:  EP: Further Status Conference Re: Competency of Defendant - Defendant present in custody.

Defendant found competent to proceed.

Charges received. Defendant waives public reading of the Indictment. Plea of Not Guilty entered.

Jury Selection/Trial set for 9:00 5/31/06, DAE.
Final Pretrial Conference set for 10:00 5/1/06, KSC.
Defendant's Motions due 4/17/06.
Government's Response due 5/1/06.

Detention Hearing held. No contest as to Detention. Motion to Detain Granted and terminated.  Govt to prepare Order.

AUSA Loretta A. Sheehan to prepare Order finding Defendant competent to proceed.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager