PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE        # 3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
CHRISTOPHER KANEAKALAU, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00317 DAE |
| | ) |
| Plaintiff, | ) MOTION TO WITHDRAW AS |
| | ) COUNSEL; DECLARATION OF |
| vs. | ) COUNSEL; CERTIFICATE OF |
| | ) SERVICE |
| CHRISTOPHER KANEAKALAU, SR., | ) |
| | ) |
| Defendant. | ) |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

COMES NOW the defendant, CHRISTOPHER KANEAKALAU,

SR., through counsel, Loretta A. Faymonville, Assistant Federal Defender, and

moves this Honorable Court to allow her to withdraw as counsel and, in addition, moves for the appointment of new counsel from the CJA panel.

      DATED: Honolulu, Hawaii, April 7, 2006.

                                /s/ Loretta A. Faymonville
                              LORETTA A. FAYMONVILLE
                              Attorney for Defendant
                              CHRISTOPHER KANEAKALAU, SR.