IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 05-00317 DAE |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER KANEAKALAU, ) | |
| SR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF COUNSEL

I, LORETTA A. FAYMONVILLE, hereby declare as follows:

1.  That I am counsel for defendant, CHRISTOPHER KANEAKALAU, SR., having been appointed pursuant to the Criminal Justice Act.

2.  Defendant has since instructed counsel to pursue a course of action which is, in counsel's opinion, inconsistent with his best interests.

3.  Counsel has advised the Defendant that, in counsel's opinion, it would not be in the Defendant's best interest to pursue this course of action and that insisting upon doing so will necessitate that counsel seek leave of the Court to withdraw.  Nevertheless, the Defendant has insisted that he wishes to proceed as

he has instructed and, accordingly, the instant motion to withdraw has been filed.

4. Counsel has informed Defendant that the instant motion to withdraw as counsel and for appointment of substitute counsel will be filed and Defendant has acknowledged the same.

5. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, April 7, 2006.

    /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
CHRISTOPHER KANEAKALAU, SR.