PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE        # 3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
CHRISTOPHER KANEAKALAU, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00317 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL; DECLARATION OF |
| vs. | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| CHRISTOPHER KANEAKALAU, | ) | |
| SR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the defendant, CHRISTOPHER KANEAKALAU,

SR., through counsel, Loretta A. Faymonville, Assistant Federal Defender, and

moves this Honorable Court to allow her to withdraw as counsel and, in addition,

moves for the appointment of new counsel from the CJA panel.

DATED:   Honolulu, Hawaii, April 7, 2006.


    /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
CHRISTOPHER KANEAKALAU, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00317 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER KANEAKALAU, SR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF COUNSEL

I, LORETTA A. FAYMONVILLE, hereby declare as follows:

1.      That I am counsel for defendant, CHRISTOPHER KANEAKALAU, SR., having been appointed pursuant to the Criminal Justice Act.

2.      Defendant has since instructed counsel to pursue a course of action which is, in counsel's opinion, inconsistent with his best interests.

3.      Counsel has advised the Defendant that, in counsel's opinion, it would not be in the Defendant's best interest to pursue this course of action and that insisting upon doing so will necessitate that counsel seek leave of the Court to

withdraw.  Nevertheless, the Defendant has insisted that he wishes to proceed as he has instructed and, accordingly, the instant motion to withdraw has been filed.

4.    Counsel has informed Defendant that the instant motion to withdraw as counsel and for appointment of substitute counsel will be filed and Defendant has acknowledged the same.

5.    That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, April 7, 2006.


 /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
CHRISTOPHER KANEAKALAU, SR.

2

## CERTIFICATE OF SERVICE

LORETTA A. FAYMONVILLE, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on April 6, 2006:

Served Electronically through CM/ECF:

LORETTA A. SHEEHAN
Assistant United States Attorney
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

/s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
CHRISTOPHER KANEAKALAU, SR.