EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br> CHRISTOPHER KANEAKALAU, SR.  )<br>                              )<br>          Defendant.          )<br>_____) | CR. NO. 05-00317 DAE<br><br><br><br>ORDER TO DETAIN DEFENDANT<br>WITHOUT BAIL; CERTIFICATE<br>OF SERVICE |

<u>ORDER TO DETAIN DEFENDANT WITHOUT BAIL</u>

This matter came before the Court on the motion of the United States to detain the defendant without bail pursuant to 18 U.S.C. § 3142.  A hearing was held on April 3, 2006.  The Court reviewed the Indictment in this case and accepted the original Pretrial Services Agency reports.

The Court has considered the factors in 18 U.S.C. § 3142(g).  Based upon a review of the foregoing, the Court

grants the Motion to Detain, finding by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and/or the community, and by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, should the defendant be released.  The Court makes these findings after considering the nature and seriousness of the offense charged, the defendant's criminal history, history of substance abuse and history of violence.

      Accordingly, IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States or on request from an attorney for the government, the person in charge of the corrections facility in which defendant is confined deliver the

//
//
//
//
//

defendant to a United States Marshal for the purposes of appearance or in connection with any Court proceeding.

DATED:  at Honolulu, Hawai`i, April 11, 2006.



Leslie E. Kobayashi
United States Magistrate Judge

UNITED STATES VS. CHRISTOPHER KANEAKALAU, SR.
Cr. No. 05-00317 DAE
"Order To Detain Defendant Without Bail"

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically**:

Loretta Faymonville                              April 4, 2006
loretta_faymonville@fd.org

Attorney for Defendant
CHRISTOPHER KANEAKALAU, SR.

DATED:  April 4, 2006, at Honolulu, Hawaii.


                                        /s/ Iris Tanaka