# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00317DAE

CASE NAME:     USA vs. CHRISTOPHER KANEAKALAU, SR.

ATTYS FOR PLA:     Loretta A. Sheehan

ATTYS FOR DEFT:     Loretta A. Faymonville

INTERPRETER:

---

JUDGE:     Leslie E. Kobayashi          REPORTER:     FTR-Courtroom 7

DATE:     4/11/2006          TIME:     2:14-2:15

---

COURT ACTION:   EP: Motion to Withdraw as Counsel - Defendant present in custody.

Court questions defendant.  Motion Withdrawn and terminated.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager