# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00317DAE |
| CASE NAME: | USA vs. CHRISTOPHER KANEAKALAU, SR. |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 4/26/2006 | TIME: | 3:46-4:00 |

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew - Defendant present in custody.

Deft sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Court informs Deft of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, etc.

Plea of Guilty as to the Indictment entered by the Deft. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to the Indictment set for 1:30 p.m. 10/23/06 before Judge David Alan Ezra.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 05-00317DAE

CASE NAME:          USA vs. CHRISTOPHER KANEAKALAU, SR.

ATTYS FOR PLA:      Loretta A. Sheehan

ATTYS FOR DEFT:     Loretta A. Faymonville

INTERPRETER:

|        |                     |           |                |
|--------|---------------------|-----------|----------------|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE:  | 4/26/2006           | TIME:     | 3:46-4:00      |

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew - Defendant present in custody.

Deft sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Court informs Deft of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, etc.

Plea of Guilty as to the Indictment entered by the Deft. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to the Indictment set for 1:30 p.m. 10/23/06 before Judge David Alan Ezra.

Defendant remanded to the custody of the US Marshal.


Submitted by: Warren N. Nakamura, Courtroom Manager