EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00317 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| CHRISTOPHER KANEAKALAU, SR. | ) | |
| | ) | Date: October 23, 2006 |
| Defendant. | ) | Time: 1:30 P.M. |
| | ) | Judge: David Alan Ezra |

STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT

The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

DATED: September  7 , 2006, at Honolulu, Hawaii.

                             EDWARD H. KUBO, JR.
                             United States Attorney
                             District of Hawaii


                             By  /s/ Loretta Sheehan
                                LORETTA SHEEHAN
                                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

    Loretta A. Faymonville      September  11 , 2006
    Loretta_Faymonville@fd.org

    Attorney for Defendant
    CHRISTOPHER KANEAKALAU, SR.

Served by Hand Delivery

    U.S. Probation Office       September  11 , 2006
    ATTN: John Davis
    300 Ala Moana Boulevard, Room 2-215
    Honolulu, HI   96850

       DATED: September  11 , 2006, at Honolulu, Hawaii.

                                      /s/ Iris Tanaka