# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00317DAE |
| CASE NAME: | USA v. Christopher Kaneakalau, Sr. |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Loretta Faymonville |
| USPO: | John Davis |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/23/2006 | TIME: | 1:30pm-2:15pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant Christopher Kaneakalau, Sr.

Defendant Christopher Kaneakalau, Sr. present in custody.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Christopher Kaneakalau, Sr.

SENTENCE:

Imprisonment:   57 MONTHS

Supervised Release:   3 YEARS

CONDITIONS:

1.  Defendant shall abide by the standard conditions of supervision.

2.  Defendant shall not commit any federal, state, or local crimes.

3.  Defendant shall not possess illegal controlled substances.

4.  Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall fulfill all terms of obligation of child support.

6. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than eight valid tests per month during the term of supervision.

7. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

8. Defendant shall participate in and comply with substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

9. Defendant shall maintain full-time employment or enrollment in a job training/education program.

10. Defendant shall participate in a mental health program at the discretion and direction of the probation office.

11. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00. No Fine.

JUDICIAL RECOMMENDATIONS: A facility that has a strong psychiatric/psychological/medical program. Drug treatment. Mental health treatment. Educational and Vocational training. Alcohol treatment. Medical treatment. 500 hour drug treatment program.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager