AO 245B     (Rev. 6/05) Judgment in a Criminal Case
            Sheet 2 - Imprisonment

CASE NUMBER:      1:05CR00317-001  DAE                                    Judgment - Page 2 of 6
DEFENDANT:        CHRISTOPHER KANEAKALAU, SR.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>57 MONTHS</u>

[✔]  The court makes the following recommendations to the Bureau of Prisons:
A facility that has a strong psychiatric/psychological/medical program. Drug treatment. Mental health treatment. Educational and Vocational training. Alcohol treatment. Medical treatment. 500 hour drug treatment program.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before __ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _3-21-07_ to _FCI, Sheridan_
at _Sheridan, Oregon_, with a certified copy of this judgment.

_Charles A. Daniels, Warden_
UNITED STATES MARSHAL

By _Derek Potter, LT_
Deputy U.S. Marshal